UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAVIS IGLESIAS,

                Plaintiff,                          **MEMORANDUM AND ORDER**
                                                                                          19-CV-4877 (RRM) (CLP)
      -against-

PAROLE OFFICER HUNTER, *et al.*,

                Defendants.
------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      Davis Iglesias brought this *pro se* § 1983 action alleging a violation of his constitutional rights arising out of disputes with parole officers. (Compl. (Doc. No. 1).) In a Memorandum and Order dated January 11, 2021, the Court *sua sponte* dismissed the complaint for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii),1915A. (Memorandum and Order (Doc. No. 8).) The Court granted Iglesias thirty days' leave to file an amended complaint in accordance with that Memorandum and Order. (*Id*. at 5.) The Court warned Iglesias that if he failed to file an amended complaint within the time allowed, this action would be dismissed without prejudice and judgment would be entered against him. (*Id*. at 5–6.)

      More than thirty days have now elapsed since the issuance of the Memorandum and Order and the mailing to Iglesias. To date, Iglesias has not filed an amended complaint. Accordingly, for the reasons set forth in the Court's Memorandum and Order dated January 11, 2021, it is

      ORDERED that this action is dismissed without prejudice. The Clerk of Court is respectfully directed to enter judgment for defendants, to mail a copy of the judgment and this Order to Iglesias, to note that mailing on the docket sheet, and to close this case.

Dated: Brooklyn, New York
      May 12, 2021

SO ORDERED.

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge